IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                              : CIVIL NO: C-1-00-235
                                  : JUDGE DLOTT
                                  : MAGISTRATE JUDGE HOGAN

MATTHEW J. RAUEN,
aka MATTHEW RAVEN,

        Defendant.

## PLAINTIFF'S NOTICE TO THE COURT

     The Plaintiff, United States of America, respectfully reports to the Court as follows:

On January 4, 2005 an Order to Show Cause directing the Defendant to appear before the Court on February 17, 2005 was mailed by first class mail with a certificate of service on January 6, 2005. It appeared to all present on February 17, 2005 that the Defendant failed to appear. Subsequently, that January 6, 2005 mailing to the Defendant has been returned. At this time the Plaintiff cannot state with assurance that Defendant received notice and, therefore, shall not move the Court for the issuance of an arrest warrant, but will reschedule the Defendant for a Show Cause Hearing before this Court.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Attorney for Plaintiff
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715
                                              Deborah.Sanders @usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above and foregoing Plaintiff's Notice To The Court was filed using the CM/ECF system and mailed, to Matthew J. Rauen, Defendant, 2620 Palmetto Ct., Florence, KY 41042, by first class mail, postage prepaid, this 22nd day of March, 2005.

                                                          s/Deborah F. Sanders
                                                            DEBORAH F. SANDERS (0043575)